NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

03-1227

ROBERT A. JORDAN, JR.

VERSUS

DEBBIE L. JORDAN

\*\*\*\*\*\*\*\*\*\*
APPEAL FROM THE
TENTH JUDICIAL DISTRICT COURT
PARISH OF NATCHITOCHES, NO. 68,794, DIV. B
HONORABLE W. PEYTON CUNNINGHAM, JR., DISTRICT JUDGE
\*\*\*\*\*\*\*\*\*\*

GLENN B. GREMILLION
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Jimmie C. Peters, Michael G. Sullivan, and Glenn B. Gremillion, Judges.

**AFFIRMED.**

**Hon. Fred S. Gahagan**
**Gahagan & Gahagan**
**P. O. Box 70**
**Natchitoches, LA 71458-0070**
**(318) 352-2069**
**Counsel for Plaintiff/Appellee**
       **Robert A. Jordan, Jr.**

Robert E. Bethard
Bethard & Bethard
P. O. Box 1362
Coushatta, LA 71019-1362
(318) 932-4071
Counsel for Defendant/Appellant
      Debbie L. Jordan